UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Heineken USA Inc.<br><br>-v-<br><br>Clemens Family Corporation, Inc., Hatfield Quality Meats, Inc., and HQM, LTD | Plaintiff,<br><br><br><br>Defendant. |

Case No. _____

**Rule 7.1 Statement**

08 CIV. 5125
JUDGE CONNER

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Heineken USA Inc._____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Heineken N.V. (traded on the Amsterdam Stock Exchange)

Date: 6/3/2008

Signature of Attorney

Attorney Bar Code: JH1993

Form Rule7_1.pdf  SDNY Web 10/2007