| TO: | Commissioner Of Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451<br>ATT: TTAB         (571) 272-8900 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Southern District** on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>8CV 5125 | DATE FILED<br>6/4/08 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| **PLAINTIFF**<br>Heineken, USA Inc | | **DEFENDANT** Clemens Family Corporation, Inc., et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 3,158,305 | 10/17/06 | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1    Upon *initiation* of action, mail this copy to Commissioner
Copy 2    Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3    Upon *termination of action*, mail this copy to Commissioner
Copy 4    Case file Copy