AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Heineken USA Inc.
v.
Clemens Family Corporation, Inc.,
Hatfield Quality Meats, Inc., and
HQM, Ltd.

**APPEARANCE**

Case Number: 08-CV-5125 WCC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Heineken USA Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/3/2008 | _/s/ Jordan Scot Weinstein_ |
| Date | Signature |
| | Jordan Scot Weinstein — JW-1970 |
| | Print Name — Bar Number |
| | 1940 Duke Street |
| | Address |
| | Alexandria — VA — 22314 |
| | City — State — Zip Code |
| | (703) 413-3000 — (703) 413-2220 |
| | Phone Number — Fax Number |