*[handwritten: Conner, J]*

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEINEKEN USA INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08-cv-5125 (WCC/GAY) ) ECF Case |
| CLEMENS FAMILY CORPORATION, INC., HATFIELD QUALITY MEATS, INC., and HQM, LTD., | ) ) **NOTICE OF VOLUNTARY** ) **DISMISSAL PURSUANT TO** ) **FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Defendants. | ) ) |

**PLEASE TAKE NOTICE** that Plaintiff, HEINEKEN USA INC., pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., and a settlement reached between the parties, herein voluntarily dismisses the captioned action, *without prejudice* against all defendants, with all parties to bear their own costs and counsel fees.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Dated: July 31, 2008    By /s/ Jonathan Hudis
Jonathan Hudis (JH 1993)
Jordan S. Weinstein (JSW 1970)
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000
Fax: (703) 413-2220
E-Mail: jhudis@oblon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Attorneys for Plaintiff
HEINEKEN USA INC.

*[handwritten: SO ORDERED]*

*[handwritten: DATED: White Plains, NY  William C. Conner
August 1, 2008  Sr. U.S.D.J.
COPIES MAILED TO COUNSEL OF RECORD for π
FAXED]*